**The below described is SIGNED.**

**Dated: February 08, 2013**

/s/ J T Marker

JOEL T. MARKER
U.S. Bankruptcy Judge



---

Arnold Richer - 2751
Patrick F. Holden - 6247
**RICHER & OVERHOLT, P.C.**
901 West Baxter Drive
South Jordan, Utah 84095
Telephone: (801) 561-4750
Facsimile: (801) 561-4744
Email: aricher@richerandoverholt.com

Attorneys for World Botanical Gardens, Inc.

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH (SALT LAKE)

| In Re: | Bankruptcy No. 12-35494 |
|---|---|
| WALTER L. WAGNER, | Chapter 7 |
| Debtors. | Judge Joel T. Marker |

### ORDER AUTHORIZING WORLD BOTANICAL GARDENS, INEC. TO CONDUCT AN EXAMINATION OF WALTER L. WAGNER PURSUANT TO RULE 2004 OF THE BANKRUPTCY RULES AND FOR PRODUCTION OF DOCUMENTS

Upon the Court's consideration of the Ex Parte Motion for an Order Authorizing World Botanical Gardens, Inc. to Conduct an Examination of Walter L. Wagner Pursuant to Rule 2004 of the Bankruptcy Rules and for Production of Documents, and good cause appearing therefore, it is hereby ORDERED:

1.  World Botanical Gardens, Inc. is authorized to conduct the examination of **WALTER L. WAGNER**, pursuant to Rule 2004 of the Bankruptcy Rules, on **March 5, 2012** at the hour of **10:00 a.m.**, at the law offices of Richer & Overholt, P.C., 901 West Baxter Drive, South Jordan, UT 84095.

2.   **WALTER L. WAGNER** is directed to produce on or before **February 25, 2013** to the law offices of Richer & Overholt, P.C. at 901 West Baxter Drive, South Jordan, Utah, 84095 copies of all records in his control, custody or possession as outlined in Exhibit "A" to the Motion.

DATED this ____ day of February, 2013.

BY THE COURT:

_____
HONORABLE JOEL T. MARKER
U.S. Bankruptcy Court Judge

## COURT CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of February, 2013, I caused a true and correct copy of the foregoing to be served upon the following parties by placing the same in the United States mail, postage prepaid, addressed as follows:

Walter L. Wagner
532 North 799 East
Payson, UT 84651

Morgan T. Fife  [Via ECF Notification]
Attorney for the Debtor
2500 North University Avenue
P.O. Box 1266
Provo, UT 84603-1266

Kenneth A. Rushton [Via ECF Notification]
Chapter 7 Trustee
153 North 100 East
P.O. Box 212
Lehi, UT 84043

Arnold Richer [Via ECF Notification]
Attorney for World Botanical Gardens
901 West Baxter Drive
South Jordan, UT 84095

Office of the United States Trustee
[Via ECF Notification]
405 South Main Street, #300
Salt Lake City, UT 84111